IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JOSHUA DAVID HOLLON** | § | **PLAINTIFF** |
| | § | |
| v. | § | Civil No. 1:24cv207-HSO-BWR |
| | § | |
| **BURL CAIN, et al.** | § | **DEFENDANTS** |

### FINAL JUDGMENT OF DISMISSAL

In accordance with the Court's Order entered this date and incorporated herein by reference, the Court hereby enters judgment, pursuant to Federal Rule of Civil Procedure 58.  Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED**, that the above captioned civil case is **DISMISSED WITHOUT PREJUDICE** as to all parties.

**SO ORDERED AND ADJUDGED**, this the 22nd day of January, 2026.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE